Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIR CONDITIONING, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:16-cv-02355-KJD-VCF<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF SOUTHWEST AIR CONDITIONING, INC.'S SECRETARY, ROCK HALVERSON**<br><br>DATE: December 5, 2017<br><br>TIME: 11:00 a.m. |

The Court having reviewed the Motion for Judgment Debtor Examination of Southwest Air Conditioning, Inc.'s ("Southwest") Treasurer and President, James Halverson; Secretary, Rock Halverson; and Director, Gary Halverson, submitted by the Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan ("Trustees") and the Plumbers and Pipefitters Union Local 525 Pension Plan (the "Plan") (collectively "Trust") and good cause appearing:

16015590

1

IT IS HEREBY ORDERED that the Rock Halverson as Secretary of Southwest shall appear at the office of Brownstein Hyatt Farber Schreck, LLP, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106 on December 5, 2017, at 11:00 a.m. for a judgment debtor examination before a notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding the following subject matter:

1. The documents produced in compliance with this Order;

2. Southwest's assets and liabilities; and

3. Southwest's financial books and records from 2010 to the present.

IT IS FURTHER ORDERED that Rock Halverson as Secretary of Southwest shall produce to the Trust's counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106, one (1) week prior to the examination, the following documents:

1. Any and all documents evidencing the current ownership of Southwest's stock, including the name and address of such owners;

2. Any and all documents evidencing the ownership of Southwest, including both individuals and entities;

3. Any and all documents evidencing the ownership of any other entities by the persons identified in the documents referenced in Request No. 2;

4. Any and all documents regarding real property currently owned by Southwest, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

5. A complete current inventory list of assets owned by Southwest, including but not limited to, office equipment, vehicles, and accounts receivable;

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

6. The last twelve (12) statements for each and every one of Southwest's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

7. Any and all documents regarding real property disposed of by Southwest in the last five (5) years;

8. Copies of all existing contracts under which Southwest is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

9. Any and all documents evidencing for whom Southwest has performed work in the past two (2) years, and all records showing the number of hours worked by Southwest's employees in the past two years, and on what projects all such work was performed.

DATED this 26th day of October, 2017.

_____
~~UNITED STATES DISTRICT COURT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs